# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                      CASE NO. 3:19cr110-RV

HALEY COOK MURPH

## REFERRAL AND ORDER

Referred to Judge Vinson on  September 2, 2020
Type of Motion/Pleading:  MOTION FOR EARLY SURRENDER

Filed by:  Defendant  on  September 1, 2020  Doc. No.  224
 X   Unopposed Pleading
Response:           on             Doc. No.

                                      JESSICA J. LYUBLANOVITS
                                    CLERK OF COURT
                                    /s/  Keri Igney
                                    Deputy Clerk

## ORDER

Upon consideration of the foregoing, it is ORDERED this 2nd day of September, 2020, that:
    The requested relief is GRANTED.

                                  /s/  *Roger Vinson*
                                  ROGER VINSON
                                  SENIOR UNITED STATES DISTRICT JUDGE